Receipt 149712 *(handwritten)*

Date: 01/21/10     **DIVIDENDS REMITTED TO THE COURT**     Page: 1

Case Number 09-17071 - TROYCHANSKIY, ROMAN

| Creditor | Claim No. | Check # *(handwritten)* | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000005 | 124 | 504.82 | 1.36 |
| PYOD LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | 000009 | 128 | 460.23 | 1.23 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of Sears - SEARS PREMIER CAR<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000012 | 131 | 1,420.80 | 3.81 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of GE Capital - Old Navy<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000013 | 132 | 1,675.37 | 4.49 |
| Recovery Management Systems Corporation<br>For Capital Recovery III LLC<br>As Assignee of HSBC<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131 | 000015 | 134 | 1,716.24 | 4.60 |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba LOWES CONSUMER<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000019 | 138 | 1,340.41 | 3.58 |

---------- Remittance Total ----------      7,117.87      19.07

*(signature)*
ALAN J. TREINISH, TRUSTEE

COURT1     Printed: 01/21/10 10:51 AM     Ver: 15.06

09-17071-pmc    Doc 31    FILED 01/25/10    ENTERED 01/25/10 15:27:39    Page 1 of 1